**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. |
| v. | ) ) | |
| Geoffrey S. Gardisky, | ) ) | Magistrate Judge |
| Defendant | ) ) ) ) | |

## C O M P L A I N T

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, brings this action against the defendant, Geoffrey S. Gardisky, and for its cause of action states:

1. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345.

2. The defendant resides within the jurisdiction of this court.

3. Pursuant to the provisions of Title IV of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1071 - 1087ii, the defendant executed promissory note(s) as more fully set forth in the Certificate of Indebtedness attached hereto as Exhibit "A". A copy of the note(s) is attached hereto as Exhibit "B".

4. Although demand has been made for payment, there remains due and owing the principal sum of $3,334.68 plus interest to February 17, 2010 in the sum of $4,678.92 at 8% per annum from date of default.

WHEREFORE, plaintiff demands judgment against the defendant as follows:

a. in the amount of $8,013.60 ($3,334.68 principal and $4,678.92 interest accrued through February 17, 2010 and administrative/penalty charges of $0.00);

b. interest to continue to accrue at the rate of 8% per annum until the date of judgment;

c. interest from the date of judgment at the statutory rate pursuant to 28 U.S.C. §1961 until paid in full;

d. costs of suit, including but not limited to, a filing fee of $150.00, as authorized by 28 U.S.C. § 2412(a)(2), and

e. for such other proper relief as this court may deem just.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Joanna M. Kielczewski Kellogg
Joanna M. Kielczewski Kellogg
Attorney for Plaintiff
TELLER, LEVIT & SILVERTRUST, P.C.
11 E. Adams Street -- Suite 800
Chicago, IL 60603   (312) 922-3030