UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 10-cv-2333 |
| GEOFFREY GARDISKY, ) | |
| ) | Magistrate Judge Mason |
| Defendant. ) | |

## ORDER TO EXECUTE WRIT OF BODY ATTACHMENT

To the the U.S. Marshal for the Northern District of Illinois

You are commanded to take custody of Geoffrey Gardisky, whose address is 505 Redondo Dr., Apt. 501, Downers Grove, Illinois 60516-4640, and bring him personally before the Honorable Magistrate Judge Mason, Magistrate Judge of United States District Court for the Northern District of Illinois, in courtroom 2266, or any judge sitting in his stead, during normal business hours, to answer for contempt in disobeying this court's August 4, 2011 order requiring him to appear for his citation exam on or before August 11, 2011; and you are further commanded to detain him in your custody until this court discharges him. If the court is not sitting when he is apprehended, the U.S. Marshal shall hold the respondent in custody until such time as the court is in session.

Witness, the Honorable Michael T. Mason, Magistrate Judge of United States District Court for the Northern District of Illinois, at the city of Chicago, this 12 day of August 2011.

MICHAEL T. MASON,
United States Magistrate Judge

Date: August 15, 2011