# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United States of America

                    Plaintiff,

v.                                      Case No.: 1:10–cv–02333
                                             Unassigned

Geoffrey S. Gardisky

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 6, 2011:

      MINUTE entry before Honorable Jeffrey Cole: Defendant, Geoffrey Gardinsky appeared before this Court for a rule to show cause hearing as to why he should not be held in contempt of court for failing to appear for a citation to discover assets and for failure to comply with Judge Mason's orders dated 6/22/11, 7/14/11 and 8/14/11. Counsel for the government appeared. Mr. Gardinski agreed to provide testimony today in response to the citation to discover assets. Status hearing set for 9/8/2011 at 02:00 PM. before Judge Mason. Mr. Gardinsky's appearance is waived at that time. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.